IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07–68–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| FREDERICK PHILLIP RECTENWALD, | |
| Defendant. | |

Current counsel for Defendant Frederick Phillip Rectenwald having moved unopposed for access to the defendant's presentence investigation report in order to pursue a motion for early termination of the defendant's supervised release,

IT IS ORDERED that the motion (Doc. 96) is GRANTED. The Clerk is directed to file the defendant's presentence report under seal, granting access to current counsel.

DATED this 20th day of January, 2023.

Donald W. Molloy, District Judge
United States District Court